

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Homer Garrison, Jr.
Director, Department of Public Safety
Camp Mabry
Austin, Texas

Dear Sir:                    Attention:   Hon. Hill Foreman, Chief
                                          Texas Highway Patrol

                             Opinion No. O-3066
                             Re:   Arrests and arrest fees

        Your request for opinion has been received and care-
fully considered by this department.   We quote from your re-
quest as follows:

        "We are attaching copy of a report of
        investigation made by Captain Glen Rose, com-
        manding officer of the Houston Patrol District,
        which was requested by the Honorable Brady
        Gentry, Chairman of the State Highway Commis-
        sion.

        "We would appreciate very much your check-
        ing into this report and see, if in your opin-
        ion, arrest fees are being unlawfully collected
        in this case."

        We have also carefully considered the enclosed re-
port.   We do not copy same herein as the same is lengthy.   We
make the following observations upon said report:

        1.   The fee of $4.00 for arrest is excessive.   The
proper fee for arrest is $2.00.   (See Article 1065, Vernon's
Annotated Texas Code of Criminal Procedure.)

        2.   We enclose herewith copies of opinions Nos.
O-693 and O-963 which deal with arrest fees, commitment fees

Honorable Homer Garrison, Jr., Page 2

and release fees, which will guide you in determining whe-
ther or not such fees were improperly assessed and collect-
ed in such cases. The facts in each particular case, of
course, determine the legality or illegality of such fees.

3. The twenty cases for reckless or careless
driving were improper because Article 790, Vernon's Anno-
tated Penal Code, (the reckless or careless driving stat-
ute) has been held unconstitutional as a penal statute.
(See Ladd v. State, 27 S. W. (2d) 1098). Officers should
not enforce or attempt to enforce criminal statutes which
have been held unconstitutional by the courts.

4. Article 827e, Vernon's Annotated Texas Penal
Code, provides a penalty for passing red light traffic
signals on State highways outside the limits of incorporated
cities and towns. You do not state whether or not Buffalo
is an incorporated city or town. If the town or city was
not incorporated then such cases would be proper; if in-
corporated, the city or town ordinances, if any, would
control, and the corporation court and not the justice
court would have jurisdiction of the offense.

We do not have sufficient information to com-
ment upon other matters stated in the report.

Trusting that this satisfactorily answers your
inquiry, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By _Wm. J. Fanning_

Wm. J. Fanning
Assistant

WJF:GO

APPROVED MAR 1, 1941

_Gerald C. Mann_

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY BWB
CHAIRMAN